19-21036

**UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF KENTUCKY**
**CASE NO.** 3-19-CV-673-RGJ

*<u>ELECTRONICALLY FILED</u>*

| | | |
|---|---|---|
| ADAM MATTHEWS, INC | ) | |
| | ) | |
|    PLAINTIFF | ) | |
| | ) | |
| v. | ) | Removed from Jefferson Co. Circuit Court |
| | ) | Civil Action No. 19-CI-004935 |
| THE CINCINNATI INSURANCE | ) | |
| COMPANY | ) | |
| | ) | |
|    DEFENDANT | ) | |

**<u>DEFENDANT, THE CINCINNATI INSURANCE COMPANY'S NOTICE OF REMOVAL</u>**

\*\*\*   \*\*\*   \*\*\*

Comes the Defendant, The Cincinnati Insurance Company, by and through its undersigned counsel, and hereby notifies this Court that the above-captioned matter has been removed from the Jefferson Circuit Court, Jefferson County, Kentucky, Civil Action No.: 19-CI-004935, to the United States District Court for the Western District of Kentucky, on the following basis:

      1.     This action was originally filed August 13, 2019, by the Plaintiff Adam Matthews, Inc. in the Jefferson Circuit Court, Jefferson County, Kentucky, naming as the Defendant The Cincinnati Insurance Company.

      2.     Upon information and belief, the Plaintiff's Complaint and Summons were served upon the Defendant, The Cincinnati Insurance Company, on August 26, 2019.

      3.     Pursuant to 28 U.S.C. § 1446(b), removal is now timely.

4. Pursuant to 28 U.S.C. § 1446(a), a copy of the entire state Circuit Court Case file, including process and pleadings served upon the Defendant, is attached hereto **as collective Exhibit A.**

5. The Plaintiff is a citizen and resident of the Commonwealth of Kentucky, Jefferson County. See Plaintiff's Complaint, at Paragraph 2.

6. The Defendant, The Cincinnati Insurance Company, is a citizen and resident of the State of Ohio, incorporated in Ohio, with its principal place of business in Ohio. See Plaintiff's Complaint at paragraph 3.

7. This action has been brought by the Plaintiff seeking damages for property loss and business interruption alleging "irreparable damage to [a] large drive-in freezer," which has allegedly caused "severe financial impact on its business" because of "significant business loss, delays, and interruptions." (Complaint, paragraph 9). Based on the allegations made in the Complaint as well as the investigation of this claim by the Defendant, it is believed that the amount in controversy exceeds $75,000, exclusive of interest and costs, and that this action may be removed to this Court pursuant to 28 U.S.C. § 1441 and § 1446 because the Court has diversity jurisdiction pursuant to 28 U.S.C. § 1332.

8. Contemporaneously with this filing, The Cincinnati Insurance Company is serving on all parties of record the Notice of Removal from State to Federal Court which has been filed with the Jefferson Circuit Court pursuant to 28 U.S.C. § 1446(d). A copy of this Notice of Removal to Federal Court is attached hereto as **Exhibit B.**

9. Defendant The Cincinnati Insurance Company is contemporaneously filing a Corporate Disclosure Statement, pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, with this Notice of Removal.

**WHEREFORE,** Defendant, The Cincinnati Insurance Company, respectfully requests and notifies this Court of removal of this case from Jefferson Circuit Court, Jefferson County, Kentucky to the United States District Court, Western District of Kentucky.

Respectfully submitted,

/s/ Perry A. Adanick
Hon. Carmen C. Sarge
Hon. Perry A. Adanick
Rolfes Henry Co., LPA
10200 Forest Green Blvd., Suite 602
Louisville, Kentucky 40223
502.371.4000
502.371.4009 (Fax)
csarge@rolfeshenry.com
padanick@rolfeshenry.com
*Counsel for Defendant, The Cincinnati Insurance Company*

## CERTIFICATE OF SERVICE

I hereby certify that on this 19th day of September, 2019, a true and accurate copy of the foregoing was served, via the Court's electronic filing system:

Paul Hershberg
Paul Hershberg Law PLLC
1161 East Broadway
Louisville, KY 40204
*Counsel for Plaintiff*

Christopher A. Bates
Seiller Waterman LLC
462 S. Fourth Street, 22nd Floor
Louisville, KY 40202
*Co-Counsel for Plaintiff*

/s/ Perry A. Adanick
Perry A. Adanick