19-21036

## UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF KENTUCKY
## CASE NO. 3:19CV-673-RGJ

| | |
|---|---|
| ADAM MATTHEWS, INC | )<br>) |
| PLAINTIFF | )<br>) |
| v.<br>THE CINCINNATI INSURANCE COMPANY | )   U.S.D.C. Case No.3:19CV-673-RGJ<br>)<br>)<br>) |
| DEFENDANT | )<br>) |

### AGREED ORDER OF DISMISSAL

By agreement of the parties, Plaintiff, Adam Matthews, Inc., and Defendant, The Cincinnati Insurance Company, by and through their undersigned counsel, hereby state that all matters heretofore in controversy have been settled to the satisfaction of all parties in this matter, and this Court being otherwise sufficient advised;

IT IS HEREBY ORDERED that all claims asserted or which could have been asserted in this action be and are hereby dismissed with prejudice with each party to bear its own costs, expenses and fees.

_____
UNITED STATES DISTRICT COURT
JUDGE FOR THE WESTERN DISTRICT
OF KENTUCKY

_____
DATE

HAVE SEEN AND AGREED TO:

_____
Paul Hershberg
Paul Hershberg Law PLLC
1161 East Broadway
Louisville, KY 40204
*Counsel for Plaintiff*

AND

Christopher A. Bates
Seiller Waterman LLC
462 S. Fourth Street
22nd Floor
Louisville, KY 40202

_____
Hon. Perry A. Adanick
Rolfes Henry Co., LPA
10200 Forest Green Blvd., Suite 602
Louisville, Kentucky  40223
padanick@rolfeshenry.com
*Counsel for Defendant, The Cincinnati Insurance Company*

2